Legal Mail
Provided to Florida State Prison on
9/1/23 for mailing by ___

ORIGINAL OF 2.

# UNITED STATES DISTRICT COURT
## Middle DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT Form For PRO SE, PRISONERS LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

ANDRE L. SHEFFIELD
Inmate ID Number 116194
PLAINTIFF

CASE NO: 3:23-cv-1051-BJD-M

V.

Unknown Food Service Director. Individual Capacity - Identifiable VIA DISCOVERY
CONEL HANDLEY. Individual Capacity
CAPTAIN KNIGHT. Individual Capacity
LT. MCKINNEY. Individual Capacity
LT. JAMES RYAN LINGOLD. Individual Capacity
Sgt. STARLING. Individual Capacity
Sgt. E. Prock. Individual Capacity
C/O N. Gilson. Individual Capacity
(DON) Crawford. Individual Capacity
(LPN) Brooker. Individual Capacity
(R.N.) S. Beasley. Individual Capacity
WARDEN D. DAVIS. Individual And Official Capacity
ET. AL., SGT. K. Price. Individual Capacity
ET. AL.,
DEFENDANT(S)

1.

I. PARTIES TO THIS COMPLAINT
   A. Plaintiff

   Plaintiffs Name: ANDRE L. SHEFFIELD  I.D Number  116194
   List all other names by which you have been known:  N/A

   Current Institution: FLORIDA STATE PRISON
   Address: P.O. Box 800, Raiford, Florida 32083-0800

   B. DEFENDANT(S)

   STATE the Name of The Defendant, Whether an indivisual, government agency, organization, or corporation; For indivisual Defendants, Identify the Person's official Position or Job title, and MAILING address. Indicate the capacity in Which the Defendant is being Sued. Do This For every Defendant:

   1. DEFENDANTS NAME: Olk Food Service Director
      OFFICIAL Position: Food Service Director
      Employed at: Florida State Prison
      MAILING Address: P.O. Box 800, Raiford, Florida 32083

      ✓ SUED IN INDIVIDUAL CAPACITY

   2. DEFENDANTS NAME: HANDLEY
      OFFICIAL POSITION: COLONEL
      Employed at: Florida State Prison
      MAILING Address: P.O. Box 800, Raiford, Florida 32083

      ✓ SUED IN INDIVIDUAL CAPACITY

2.

3. DEFENDANTS NAME: KNIGHT
   OFFICIAL POSITION: CAPTAIN
   Employed at: Florida State Prison
   MAILING Address: P.O. Box 800, Raiford, Florida 32083

   ✓ SUED IN INDIVIDUAL CAPACITY

4. DEFENDANTS NAME: McKINNEY
   OFFICIAL POSITION: LEUTEINAUNT
   Employed at: Florida State Prison
   MAILING Address: P.O. Box 800, Raiford, Florida 32083

   ✓ SUED IN INDIVIDUAL CAPACITY

5. DEFENDANTS NAME: JAMES RYAN LINGOLD
   OFFICIAL POSITION: LEUTEINAUNT
   Employed at: Florida State Prison
   MAILING Address: P.O. Box 800, Raiford, Florida 32083

   ✓ SUED IN INDIVIDUAL CAPACITY

6. DEFENDANTS NAME: STARLING
   OFFICIAL POSITION: SEARGANT
   Employed AT: Florida State Prison
   MAILING Address: P.O. Box 800, Raiford, Florida 32083

   ✓ SUED IN INDIVIDUAL CAPACITY

7. DEFENDANTS NAME: ERIC PROCK
OFFICIAL POSITION: SARGANT
Employed AT: Florida State Prison
MAILING Address: P.O. Box 800, Raiford, Florida 32083

✓ SUED IN INDIVIDUAL CAPACITY

8. DEFENDANTS NAME: N. GILSON
OFFICIAL POSITION: CORRECTIONAL OFFICER
Employed at: Florida State Prison
MAILING Address: P.O. Box 800, Raiford, Florida 32083

✓ SUED IN INDIVIDUAL CAPACITY

9. DEFENDANTS NAME: CRAWFORD
OFFICIAL POSITION: Director of Nursing (DON)
Employed at: Florida State Prison
MAILING Address: P.O. Box 800, Raiford, Florida 32083

✓ SUED IN INDIVIDUAL CAPACITY

10. DEFENDANTS NAME: Brooker
OFFICIAL POSITION: LICENSE Practice Nurse (LPN)
Employed at: Florida State Prison
MAILING Address: P.O. Box 800, Raiford, Florida 32083

✓ SUED IN INDIVIDUAL CAPACITY

11. DEFENDANTS NAME: Stephanie Beasley
    OFFICIAL POSITION: REGISTERD NURSE
    Employed at: FLORIDA STATE PRISON
    MAILING Address: P.O. Box 800, Raiford, Florida 32083

    ✓ SUED IN Individual CAPACITY

12. DEFENDANTS NAME: K. Price
    OFFICIAL POSITION: SEARGENT
    Employed at: Florida State Prison
    MAILING Address: P.O. Box 800, Raiford, Florida 32083

    ✓ SUED IN Individual CAPACITY

13. DEFENDANTS NAME: DONALD DAVIS
    OFFICIAL POSITION: WARDEN
    Employed at: Florida STATE PRISON
    MAILING Address: P.O. Box 800, Raiford, Florida 32083

    ✓ SUED IN Individual CAPACITY And OFFICIAL CAPACITY

II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, You may sue State or local officials for the "deprivation of any rights, Privileges, or Immunities Secured by the Constitution" and Federal law. Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), You may sue Federal officials for the Violation of certain Constitutional rights.

III PRISONER STATUS
   ✓ CONVICTED STATE Prisoner

IV STATEMENT OF FACTS

   INTRODUCTION

This is a Civil Rights action Filed by Andre Sheffield, A State Prisoner, for damages and injunctive relief Under 42 U.S.C. §1983, alleging Excessive Use of Force and Deliberate Indifference of the Eighth Amendment to the United States Constitution.

   1). Jurisdiction Over Plaintiffs Claims of Violation of Federal Constitutional Rights Under 42 U.S.C. §§ 1331(1) and 1343. This Court has.

   PARTIES

   2). The Plaintiff, Andre Sheffield, Was Incarcerated at ~~████ ████~~ Florida State Prison during the events described in this Complaint.

   3). Defendant #1, is Florida State Prison Facl Director Employed AT SAID Prison. They are Sued In Their Individual Capacities.

   4). Defendant COLONEL Hardley, is a Correctional Colonel In Charge of CHIEF OF SECURITY AT Florida State Prison He is Sued in his individual Capacity.

5.) DEFENDANT KNIGHT, SUPERVISING OFFICER IN CHARGE OF SECURITY IS SUED IN HIS INDIVISUAL CAPACITY.

6.) DEFENDANT MCKINNEY, F.S.P. Admin Lt. IN charge of Several Wings IS SUED IN HIS INDIVISUAL CAPACITY.

7). DEFENDANT J.R. LINGold, F.S.P. 4to12 Lt. In charge of Several Wings Is SUED IN HIS INDIVISUAL CAPACITY.

8). DEFENDANT SGT. STARLING, IN CHARGE OF F.S.P. RECREATION IS SUED IN HIS INDIVISUAL CAPACITY.

9). DEFENDANT SGT. E. Prock, IN CHARGE OF J-WING IS SUED IN HIS INDIVISUAL CAPACITY.

10). DEFENDANT C/O N. Gilson, IN CHARGE OF J-WING 12to8 Shift IS SUED IN HIS INDIVISUAL CAPACITY.

11). (DON) DEFENDANT Crowford, IN CHARGE OF DIRECTING NURSES IS SUED IN HER Indivisual Capacity.

12). (LPN) DEFENDANT Brooker, IN CHARGE OF J-WING IS SUED IN HER INDIVISUAL CAPACITY.

13). (R.N.) DEFENDANT S. Beasley, In Charge of Sick Call duties IS SUED IN HER INDIVISUAL CAPACITY.

14). DEFENDANT SGT. K. Price, MENTAL HEALTH Assigned Sgt. IS Sued in HIS Indivisual Capacity.

7.

15). DEFENDANT WARDEN DAVIS, IS THE WARDEN AT FLORIDA STATE PRISON AND IS RESPONCIBLE AND IN Charge of Supervision and Displine of all correctional And other Employed Staff at Florida State Prison. He is SUED IN HIS Indivisual And Official CAPACITY.

## FACTS

16). ON may 31, 2023 The PLAINTIFF Arrived AT Florida State Prison From Hamilton C.I. Annex, And Food Service begin To HAVE Special Fixed Trays AT Each Meal Sent to J-WING For PLAINTIFF.

17). APPOX JUNE 6, 2023 PLAINTIFF STARTED A GRIEVANCE Process REPORTING HE WAS BEING Food POISONED VIA INFormal Grievance TO COLONEL HANDLEY, NEVER Acknowledged Nor Responded to.

## MISUSE OF FORCE

18). PLAINTIFF begin To Submitt Multiple Sick Call Forms Reporting The Assault of DAILY Food Poisoning, The MAJORITY WERE DESTROYED OR MISPLACED INTENTIONALLY.

19). APPOX 6,/19,/23, Stephanie Beasley, DeTeched my Throate Had A white Fungus in The Back, This WAS CAUSED by The Substance Cooked Within my Food From Food Service.

20). JUNE 25, 2023 PLAINTIFF Submitted Another Sick Call request reporting The Assault VIA Food Poisoning

21). July 14, 2023 A 5th SICK CALL REQUEST HAD BEEN Submitted Reporting Poisonous Substances being placed in Food by officers.

## DELIBERATE INDIFFERENCE

22). Nurse Brooker, Nurse Beasley, And Crawford, began Throwing Away My SICK CALL REQUESTS, Falsifying On Others I Refused To ATTEND SICK CALL CALL-OUTS.

23). During The Entire MONTHS oF JUNE Through, I've Continued To Suffer PAIN IN My Throat, Head, Chest, That Medical HAS Refused To Treat.

24). During These MONTHS PLAINTIFF HAS Addressed A Plethora oF Informal Grievances To Colonel Hardley, And AS MANY formals To Warden DAVIS, All Unresponded to Nor Acknowledged

25). Between JUNE And AUGUST 2023, PLAINTIFF HAS Advised Federal Bureau of Investigation Jacksonville, Fla, REGIONAL II DIRECTOR F.D.O.C., SECRETARY F.D.O.C., Bradford County Courthouse, U.S. Department of Justice oF The Fact I'm being daily Food Poisoned.

26). ~~~~ All Defendants have repeatedly engaged in excessive force against inmates in Food Poisoning Them in the Past.

27). ON JULY 31, 2023 AFTER BLOOD TEST FINALLY BEING ORDERD (DON) Crawford, Blotched The Test To COVER UP The Food Poisoning by NOT HAVING SAID Blood Tested For Food Poison Substances.

28). (LPN) M. Brooker, (RN) S. Beasley, And (DON) Crawford, Have Falsifide Medical documments at Florida State Prison in The Past, And Failed To intervene reporting Said Poisonous Assaults.

29). DEFENDANT Warden DAVIS, has been Placed ON NOTICE oF The Abusive Conduct oF Defendants, Hardley, Knight, McKinney, LINGOLD, STARLING, PROCK, GILSON, Crawford, Brooker, Price And Beasley,

9.

by A Number of Complaints And Grievances over many months, but Failed to take disciplinary action against them or otherwise to control their behavior, And The Falsifying of Documents And Procedural by Medical Personell.

30). Plaintiff Has Continued To Suffer Since The beginning of The Reporting of This Ongoing Assault Method.

31). Plaintiff Is In Servere Pain As Said Poisonous Substances is burning His eyes and chest.

### Exhaustion of Administrative Remedies

32) The Plaintiff has exhausted all available administrative remedies with respect to all claims and defendants.

### CLAIMS FOR RELIEF

33). The actions) of Colonel Hordley, Capt. Knight, Lt. McKinney, Lt. Lingold, Sgt. Starling, Sgt. Prock, C/O Gilson, Sgt. K. Price In Forcing Plaintiff To eat Said Poisonous Food or Starve out of Retaliation, OR IN Brooker, Crawford, Beasley, and Davis, Failing to intervene to Prevent this Misuse of Force, Were done maliciously and Sadistically and Constituted Cruel and Unusual Punishment in Violation of The Eighth Amendment of The United States Constitution. As Well As The Food Service Director.

34). The actions of Colonel Hordley, Capt. Knight, Lt. McKinney, Lt. Lingold, Sgt. Starling, Sgt. Prock, C/O Gilson, Sgt. Price in Using Poisonous Food Substances against the Plaintiff Without Need or provocation Constituted Misuse of Force, deliberate indifference To The 8th Amendment. As Well As The Food Service director

35). The Failure of Medical Defendants Brooker, Crawford And Beasley, to Properly and Accurately document and Treat Plaintiff for said Food Poisoning and Intervene by reporting Said Assault Violated the 8th And 14th Amendments.

36). The Failure of Warden Davis, defendant to take disciplinary or other action to Cure the Known Pattern of Physical abuse of Food Poisoning to inmates by Hordley, Knight, McKinney, LINGOLD, STARLING, Prock, Gilson, ~~~~ Price, And The Failure to Ensure Safety And Treatment Through Medical Personell Has Contributed to and Proximately Caused the above described Violations of The Eighth And Fourteenth Amendment rights.

### RELIEF REQUESTED

WHEREFORE, PLAINTIFF REQUEST THAT THE COURT grant The Following relief:

A. Issue a Declaratory Judgement Stating that:

1). The physical abuse of The Plaintiff by the Food Service director, COLONEL Hordley, Captain Knight, Lt. McKinney, LT. Lingold, Sgt. Storling, Sgt. Prock, C/O Gilson, Sgt. Price, Violated Plaintiffs rights Under the Eighth Amendment to the United States Constitution.

2) The Warden DAVIS, defendant Failure to take Action to Cure the Physical Food Poisonous abuse of myself and other Prisoners Violated the Plaintiffs rights Under the Eighth Amendment And Fourteenth.

3) The Failure of (R.N. Beasley) (LPN Brooker) (DON Crawford), To Properly and adequately document and Treat Plaintiff Complaints of Injuries, And Intervene by reporting Said, Violated the Eighth

11.

and Fourteenth Amendment rights of Plaintiffs.

B. Award compensatory damages in the following amounts:

1). $150.000 Jointly and severally against Colonel Hardley, Captain Knight, LT. McKinney, LT. Lingold, Sgt. Starling, Sgt. Prock, C/O Gilson, Sgt. Price, (DON Crawford)(LPN Brooker)(R.N. S. Beasley) Food Service director, For the Physical and Emotional injuries sustained as a result of Plaintiffs Food Poisoning.

C. Award Punitive damages in the following amounts:

1) $15.000 each against, Colonel Hardley, Captain Knight, Lt. McKinney, LT. Lingold, Sgt. Starling, Sgt. Prock, C/O Gilson, Sgt. Price, Food Service director, And $10.000 each against (DON Crawford, R.N. S. Beasley and LPN. M. Brooker And Warden Davis.

D. Grant Court Cost For prosecution of this Action and attorney fees.

E. Grant such other relief as it may appear that Plaintiff is entitled.

F. Jury Trial by demand as to all issues so Triable.

37). All the defendants have acted, And continue to Act, under color of State law at all times relevant to this complaint.

12.

VI PRIOR LITIGATION

A. Have you had any Case In Federal Court, Including Federal appellate Court, dismissed as frivolous, as malicious, for failure to State a Claim, or prior to Service?
   ✓ YES ___ NO

IF "YES", Identify the Case Number, date of dismissal, and Court For each Case:

1. Date: 11-29-22      Case#: 4:22-CV-409
   Court: U.S. Northern District
   Reason: failure to List all prior Litigation Correctly

B. Have you filed other lawsuits or appeals in State or federal Court dealing With the Same Facts or Issue Involved in this Case.
   ___ YES ✓ NO

C. Have you filed any other lawsuit, habeas Corpus petition, or appeal In State or Federal Court either challenging your Conviction or relating to the Conditions of your Confinement?
   ✓ YES ___ NO

IF "YES" identify all lawsuits, Petitions and appeals:

13.

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this Complaint: (1) is not being presented for an improper purpose, such as to harass, cause unneccessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the clerk's office if there is any change to my mailing address, I understand that my failure to keep a current address on file with the clerks office may result in the dismissal of my case.

Date: 8/31/23   Plaintiff's Signature: Andre Sheffield

Printed Name of Plaintiff: Andre L. Sheffield
Correctional Institution: Florida STATE PRISON
Address: P.O. Box 800, Raiford, Florida 32083

I certify and declare, Under Penalty of Perjury, that this Complaint was (check one) ✓ delivered to Prison officials for mailing on this 31st day of ~~April~~ AUGUST 2023.

Signature of Incarcerated Plaintiff: Andre Sheffie

14.

UNDER The PENALTIES OF PERJURY I SWEAR THE FOREGOING DOCUMMENT IS True And Correct And Made oF my OWN Free WILL From my OWN Personal Knowledge:

/S/ Andre Sheffield

NOTE: THIS COMPLAINT WILL BE AMMEND TO Add And MOTION For Temporary Restraint Order, WHEN Provided A CASE No.